UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE KENNETH STUCKEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLE['S] REPUBLIC OF CHINA, et al.,<br><br>Defendants. | Case No. 20-cv-07344-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order of Dismissal,

IT IS ORDERED AND ADJUDGED

That Plaintiff Stuckey take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: 7/12/2021

JUDGE YVONNE GONZALEZ ROGERS
United States District Judge